# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF KANSAS

**Gary Tews and Edith Coleman,**

      **Plaintiffs,**

v.                                                Case no. 08-cv-2064-JWL/JPO

**Renzenberger, Inc.,**

      **Defendant.**

## ORDER

IT IS HEREBY ORDERED that Plaintiffs' Motion for Leave to file under seal and in electronic format Exhibits 3-5 to their Memorandum in Support of Summary Judgment is GRANTED. Counsel is directed to file the forthwith requested document(s) with an event from the SEALED DOCUMENTS category. The clerk shall grant access to sealed document(s) to counsel of record. Pro hac vice attorneys must obtain sealed document(s) from local counsel.

Dated: October 14, 2008                  BY THE COURT:

                                                   s/ John W. Lungstrum
                                                   John W. Lungstrum
                                                   United States District Judge